**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION NO. 5:20-cr-00119

TRINA TELLEZ-MULLINS.

## MEMORANDUM OPINION AND ORDER

Pending is Defendant Trina Tellez-Mullins' Motion for Early Termination of Supervised Release, filed April 20, 2026. [Doc. 54]. The United States does not oppose the Motion.

**I.**

On March 5, 2021, following her guilty plea to possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), Ms. Tellez-Mullins was sentenced to seventy (70) months imprisonment, followed by a three (3) year term of supervised release. [Doc. 40]. However, pursuant to the November 1, 2023, United States Sentencing Commission Guideline Manual, a multi-part criminal history amendment § 4C1.1 guideline provided a decrease of two offense levels for "Zero-Point Offenders" (those with no criminal history points). Based on the aforementioned amendment, on January 8, 2024, the Court decreased Ms. Tellez-Mullins' Total Offense Level by two offense levels, resulting in a new Total Offense Level of 25 and Criminal History Category of I, for a new advisory guideline range of 57 months to 71 months. The Court ordered that Ms. Tellez-Mullins' previous sentence be reduced to a period of fifty-seven (57) months, with credit for time served to date, effective February 1, 2024. [Doc. 51]. Ms. Tellez-Mullins began serving her term of supervision on May 8, 2024. Ms.

Tellez-Mullins now moves for early termination of her supervised release based on (1) her successful completion of the Jobs and Hope program, (2) certification as a peer recovery support specialist, (3) continued employment, (4) dedication to her community, and (5) continued compliance while on her term of supervised release. [*See* Doc. 54; Doc. 54-1].

Ms. Tellez-Mullins' Probation Officer notes she has maintained a positive and cooperative attitude while on supervision. In addition, Ms. Tellez-Mullins has paid the special assessment, submitted negative urine specimens, has remained in compliance with all other conditions of supervised release, and a criminal record check revealed no new criminal conduct since her arrest for the instant offense. Ms. Tellez-Mullins was also transferred to the low intensity supervision caseload given her consistent compliance. The Probation Officer thus reports that Ms. Tellez-Mullins meets the criteria established by the Administrative Office of the United States Courts for early termination of supervised release. As noted, the United States does not oppose Ms. Tellez-Mullins' Motion.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Ms. Tellez-Mullins' Probation Officer, the Court concludes early termination of Ms. Tellez-Mullins' supervised release is warranted. Ms. Tellez-Mullins' has completed approximately two (2) years of her supervised release term without incident and has

demonstrated her rehabilitation and dedication to maintaining a law-abiding lifestyle. This is apparent through her conduct while on supervision as well as her commendable commitment to helping "others navigate . . . toward healing." [Doc. 54]. The Court **FINDS** that Ms. Tellez-Mullins' conduct and the interests of justice support early termination of her supervised release.

### III.

Accordingly, the Court **GRANTS** Ms. Tellez-Mullins' motion [**Doc. 54**] and **TERMINATES** her supervised release term.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: May 5, 2026

Frank W. Volk
Chief United States District Judge